**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 26-10679

Non-Argument Calendar

————————————

VIRGIL R. SMITH,

*Plaintiff-Appellant,*

*versus*

MIKE HARPER,

LEE MACON,

SHERIFF OF ELMORE COUNTY,

*Defendants-Appellees.*

————————————

Appeal from the United States District Court

for the Middle District of Alabama

D.C. Docket No. 2:25-cv-00129-ECM-KFP

————————————

2                     Opinion of the Court                    26-10679

Before JORDAN, ROSENBAUM, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction.  The 30-day statutory time limit required Virgil Smith, a pro se litigant, to file a notice of appeal from the district court's November 19, 2025 final order and judgment on or before December 19, 2025.  *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).  However, Smith did not file his notice of appeal until March 4, 2026.  Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction.  *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).